IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**TOMMY WELCH AND SHARLA WELCH**            **PLAINTIFFS**

**VS.**            **CIVIL ACTION NO.: 5:09-cv-0037DCB-JMR**

**LAFAYETTE INSURANCE COMPANY**            **DEFENDANT**

### ORDER OF DISMISSAL

THE PARTIES having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket;

IT IS THEREFORE, ORDERED that this case is hereby dismissed with prejudice.

SO ORDERED, this the 31st day of August, 2009.

                         s/David Bramlette
                         UNITED STATES JUDGE